UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. IP 02-164-CR-B/F |
| ) | 1:06-cv-1763-SEB-VSS |
| JEFFREY MARK OLSON, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the action docketed as 1:06-cv-1763-SEB-VSS is **dismissed for lack of jurisdiction.**

Date: 12/20/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeffrey M. Olson
DOC #07009-028 Mary Todd
Federal Medical Center
POB 14500
Lexington, KY 40512

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048